Kipp C. Leland
Hill Rivkins & Hayden LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Environmental Bulkheading Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re:

TESTWELL, INC.,

                        Debtor.                    Chapter 11
                                                               Case No. 09-22796 (RDD)

------------------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING**

      PLEASE TAKE NOTICE THAT the hearing of the motion filed by Environmental Bulkheading Corp., scheduled to be heard on January 13, 2009 at 10:00 AM at U.S. Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, has been adjourned to be heard on January 29, 2009 at 10:00 A.M.

Dated: January 11, 2009
        New York, New York

                                                   HILL RIVKINS & HAYDEN LLP

                                                   By: ____/s_____
                                                      Kipp C. Leland
                                                      45 Broadway
                                                      Suite 1500
                                                      New York, New York 10006
                                                      (212) 669-0600
                                                      kleland@hillrivkins.com