UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE

TESTWELL, INC.,

　　　　　　　　　　Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 09-22796 (RDD)

### AMENDED STIPULATION LIFTING THE AUTOMATIC STAY TO PERMIT CONTINUATION OF STATE COURT PROPERTY AND PERSONAL INJURY ACTION TO THE EXTENT OF INSURANCE PROCEEDS

**WHEREAS**, on May 13, 2009 ("Petition Date"), Testwell, Inc. (the "Debtor") filed with this Court its voluntary petition for relief under Title 11, Chapter 11, § 301 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtor continues to operate its businesses and manage its assets as a debtor-in-possession in accordance with §§1107 and 1108 of the Bankruptcy Code;

**WHEREAS**, after the Petition Date, a civil action was filed in Supreme Court of the State of New York, County of New York, in which the Debtor was named as a defendant. The caption of the above-mentioned Civil Action is set forth as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
VINCENT PODLASKI,

　　　　　　　　　　Plaintiff,　　　　　　Index No. 150166/2009

　　-against-

**1765 FIRST ASSOCIATES, LLC, LEON D. DEMATTEIS CONSTRUCTION CORP., JAMES F. LOMMA, NEW YORK CRANE & EQUIPMENT CORP., SORBARA CONSTRUCTION CORP., THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF BUILDINGS, MATTONE GROUP, LLC, MATTONE GROUP CONSTRUCTION CO. LTD., BRADY MARINE REPAIR CO., HOWARD I. SHAPIRO, HOWARD L SHAPIRO & ASSOCIATES CONSULTING ENGINEERS, P.C., NEW YORK RIGGING CORP., BRANCH RADIOGRAPHIC LABS, INC., TESTWELL, INC., CRANE**

428310.1

INSPECTION SERVICES, LTD., LUCIUS PITKIN, INC. and TOTAL
SAFETY CONSULTING, LLC,

　　　　　　　　　　　　　　　　Defendants.
------------------------------------------------------------------X

1.　　Plaintiff Vincent Podlaski, and Defendants City of New York and New York City Department of Buildings in the within captioned state court court civil action agree to limit their damages in said action as to the Defendants Debtor, Testwell, Inc., to the limits of the Debtor's insurance coverage in effect on May 30, 2008, the date of Plaintiff Vincent Podlaski.

2.　　Insurance coverage as referred to in paragraph 1 herein includes all polices of insurance and excess insurance for whatever policy or policies were in effect on the date of loss inclusive of reinsurance, self-insurance, or indemnity agreements which would in whole or in part be available to the Defendants-Debtor Testwell, Inc., for the payment of any judgment and/or settlement in the within state court civil action upon the allegations stated in Plaintiff's Vincent Podlaski complaint.

3.　　The automatic stay imposed by 11 U.S.C. §362(a) is hereby lifted pursuant to 11 U.S.C. §362(a)(1) as to Plaintiff Vincent Podlaski, and Defendants City of New York and New York City Department of Buildings in the within captioned state court civil action and Plaintiff may proceed on the subject state court civil action.

4.　　Recovery in the above state court civil action shall be limited to the amount of coverage provided by the Defendants-Debtor's insurance policy and (a) Plaintiff and (b) Defendants (i) City of New York and (ii) New York City Department of Buildings shall have no other claim in the bankruptcy estate and each forever waives the right to file a proof of claim for any amount in excess of insurance coverage.

5.　　This Stipulation contains the entire agreement between the parties and supercedes all prior agreements and undertakings between the parties relating thereto.

6.　　This Stipulation can only be amended or otherwise modified by a signed writing executed by the parties.

7.　　Each person who executed this Stipulation represents that he or she is duly authorized to execute this Stipulation on behalf of the respective parties hereto and that each such party has full knowledge and has consented to the terms of this Stipulation.

428310-1　　　　　　　　　　2

8. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies or facsimiles signed by the parties hereto to be charged.

9. This Stipulation and the terms and conditions contained herein, are subject to the approval of the Court.

Dated:   New York, New York
         January 12, 2010

| TARTER KRINSKY & DROGIN LLP<br>Attorneys for Testwell, inc.<br>Debtor and Debtor-in-Possession<br><br>BY:_____<br>IRA R. ABEL<br>1350 BROADWAY, 11TH FLOOR<br>NEW YORK, NEW YORK 10018<br>Tel: (212) 216-8000<br>Fax: (212) 216-8001 | BERNSTEIN LEVINE CHERNEY LLP<br>Attorneys for Plaintiff<br>Vincent Podlaski<br><br>BY: _/s/_____<br>370 Lexington Avenue, 24th Floor<br>New York, New York 10017<br>(212) 381-9684<br>(646) 304-9535 |
|---|---|
| FABIANI COHEN & HALL LLP<br>Attorneys for Defendants<br>THE CITY OF NEW YORK<br><br>BY: _/s/_____<br>MICHAEL P. TOBIN<br>570 LEXINGTON AVENUE<br>4TH FLOOR<br>NEW YORK, NEW YORK 10022<br>(212) 644-4420<br>(212) 207-8182<br>Our File No: 857-34972 | |

428310-1                                3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

TESTWELL, INC.                           Chapter 11

              Debtor                   Case No. 09-22796 (RDD)

----------------------------------------------------------X

**AFFIDAVIT IN SUPPORT OF STIPULATION MODIFYING AUTOMATIC
STAY TO PERMIT CONTINUATION OF STATE COURT PROPERTY AND
PERSONAL INJURY ACTION TO THE EXTENT OF THE APPLICABLE
INSURANCE POLICIES:TO THE
HONORABLE ROBERT D. DRAIN
<u>UNITED STATES BANKRUPTCY JUDGE:</u>**

       City of New York ("Applicant"), by and through their counsel, Fabiani Cohen & Hall, LLP, respectfully represent as follows:

       1.     This affidavit is made in support of City of New York's request for relief from the automatic stay pursuant to §362(d) of the Bankruptcy Code.

**Background**

       2.     On May 30, 2008, a crane collapsed at the high-rise building/construction /development project at 333 East 91 near the intersection of First Avenue in Manhattan.

       3.     Upon information and belief, prior to the crane's collapse, Testwell, Inc., the Debtor, was retained to perform tests upon the aforementioned crane. The performance, nature, scope and results of said tests are at significant issue in **Vincent Podlaski Index No: 150166/2009 vs. The City of New York**. Testwell, Inc. is a defendant in this action.

       4.     At the time of the occurrence the Debtor maintained applicable liability insurance coverage.

       5.     On May 13, 2009, the Debtor filed with this Court its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

6. Thereafter, State Supreme Court Justice The Honorable Paul G. Feinman issued a stay of each Civil Action pursuant to §362(a) of the Bankruptcy Code.

**RELIEF REQUESTED:**

7. Applicant respectfully requests that this Court so order the attached Stipulation by and between [the Debtor, plaintiff and Applicant] or [Debtor and Applicant].

8. Said Stipulation provides, in relevant part, for the following:

> a). [Applicant and plaintiff] or [Applicant], agrees to limit its claims for damages against Debtor, so that the combined damages claimed against the Debtor do not exceed the limits of the Debtor's insurance coverage in effect on May 30, 2008;
>
> b) Insurance coverage, includes all policies of insurance and excess insurance, for whatever policy or policies were in effect on the date of loss inclusive of reinsurance, self-insurance, or indemnity agreements which would in whole or in part be available to the Debtor, for the payment of any judgment and/or settlement in the within the Civil Actions, upon the allegations stated in the complaint in each such Civil Action;
>
> c) The automatic stay imposed by § 362(a) of the Bankruptcy Code is hereby lifted pursuant to § 362(d)(1) of the Bankruptcy Code as to the Civil Actions and [Plaintiff and Applicant] or [Applicant] may proceed on the Civil Actions within the limitations agreed to in the Stipulation; and
>
> d) [Plaintiff and Applicant's] or [Applicant's] recovery from the Debtor shall be limited to the insurance coverage held by Debtor and Applicant shall have no other claim in or against the Debtor or the bankruptcy estate, and forever waives the right to file a proof of claim for any amount in excess of such insurance coverage;

9. As the Debtor's combined liability in the Civil Actions is limited to the applicable insurance coverage limits, there will be no adverse impact on the Debtor or the bankruptcy estate from lifting the automatic stay herein.

10. Applicant has caused the notice of presentment, the stipulation and this Affidavit to be served upon the Debtor's counsel, the United States Trustee, and the Debtor's twenty largest creditors whose names and addresses have been filed with the Court. No committee of unsecured creditors has been appointed in this case.

428928                                           2

## Conclusion:

11. The applicant does not anticipate objection to the proposed relief.

12. No previous application for the relief sought herein has been made to this or any other court.

Wherefore, the Applicant respectfully prays that this Court so-order the Stipulation modifying the automatic stay pursuant to §362(d) of the Bankruptcy Code.

Dated:  New York, New York
        January 12, 2010

                                Yours, etc.,

                                FABIANI COHEN & HALL, LLP

                                _____
                                MICHAEL P. TOBIN
                                Attorneys for Defendant
                                THE CITY OF NEW YORK
                                570 Lexington Avenue, 4th Floor
                                New York, New York 10022
                                Phone: (212) 644-4420
                                Fax:   (212) 207-8182
                                File No. 857.34970

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

TESTWELL, INC.　　　　　　　　　　　　　　Chapter 11

　　　　　　Debtor　　　　　　　　　　　　Case No. 09-22796 (RDD)
-----------------------------------------------------------------X

### AMENDED NOTICE OF PRESENTMENT OF STIPULATION MODIFYING AUTOMATIC STAY AS TO PERMIT CONTINUATION OF MULTIPLE STATE COURT ACTIONS TO THE EXTENT OF DEBTOR'S APPLICABLE INSURANCE POLICIES

**PLEASE TAKE NOTICE**, that upon the Affidavit and the Stipulation ("Stipulation") annexed hereto signed on behalf of both Debtor, **VINCENT PODLASKI Index No: 150166/2009 vs. The City of New York**, the undersigned will present the annexed Stipulation to be so ordered by the Honorable Robert D. Drain, United States Bankruptcy Judge, at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, Room 116, 300 Quarropas Street, White Plains, NY, on January 19, 2010 at 12 noon.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the stipulation shall be (i) filed with the Clerk of the Bankruptcy Court on the Court's ECF system; (ii) served upon Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, New York 10018, Attn: Scott S. Markowitz, Esq.; (iii) served upon Fabiani Cohen & Hall, LLP 570 Lexington Ave, New York, NY 10038, Attn: Michael Tobin, Esq.; and (iv) delivered to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, so that same are received on or before 12:00 p.m. on January 19, 2010.　　　　　　　　　　;

PLEASE TAKE FURTHER NOTICE, that if you have no objections to the stipulation, you need not appear at the hearing.

Dated:    New York, New York
         January 12, 2010

                                    Yours, etc.,

                                    FABIANI COHEN & HALL, LLP

                                    _____
                                    MICHAEL P. TOBIN
                                    Attorneys for Defendant
                                    THE CITY OF NEW YORK
                                    570 Lexington Avenue, 4th Floor
                                    New York, New York 10022
                                    Phone: (212) 644-4420
                                    Fax:   (212) 207-8182
                                    File No. 857.34970

TO:   IRA R. ABEL, ESQ.
      TARTER KRINSKY & DROGIN LLP
      Attorneys for Testwell, Inc. Debtor and Debtor-in-
      1350 Broadway, 11th Floor
      New York, New York 10018

      BERNSTEIN LEVINE CHERNEY LLP
      Attorneys for Plaintiffs
      Marina Harss, Marco Nistico, Ruby Akin, Oguz Akin
      Philip Schiffman, Linde McIntyre, Michael Fiorentino
      Terence Scroope, Travis Lull, Renay Loures, George Loures,
      370 Lexington Avenue, 24th Floor
      New York, New York 10017
      (212) 381-9684
      (646) 304-9535

      OFFICE OF THE UNITED STATES TRUSTEE
      FOR THE SOUTHERN DISTRICT OF NEW YORK
      33 Whitehall Street, 21st Floor
      New York, NY 10004
      Attn: Serena Nakano

DAVIDOFF MALITO & HUTCHER, LLP
605 Third Avenue
New York, New York 10158

HEALTH NET OF NY
INC. P.O. Box 19017
Hartford, CT 06150

LABORATORY TESTING SERVICES
45-09 Greenpoint Avenue
Sunnyside, NY 11104

LOCAL 282 WELFARE TRUST FUND
2500 Marcus Avenue
New Hyde Park, NY 11042

GARFIELD, SELTZER, & CURCIO
551 Fifth Avenue
New York, New York 10176

JACKSON LEWIS LLP
P.O. Box 34973
Newark, NJ 07189

LINKLATERS, LLP
1345 Avenue of the Americas, 19th Floor
New York, New York 10105

MARTIN B. ADELMAN, P.C.
225 Broadway
New York, NY 10007

MCGRAW HILL CONSTRUCTION
P.O. box 5729
Harlan, IA 51593

N&N DRILLING SUPPLY
P.O. Box 95
Peckville, PA 18452

STUART A. KLEIN, ESQ.
99 Madison Avenue
New York, NY 10016

THE HARTFORD
P.O. Box 2907
Hartford, CT 06104

URBAN ENGINEERS
530 Walnut Street, 14th Floor
Philadelphia, PA 19106

WILLIS OF N.Y. INC.
P.O. Box 455
New York, NY 10261

MICHAEL MAZZEO ELECTRICAL CORP.
41-26 24th Street
Long Island City, New York 11101

NY DIST COUNCIL OF CARPENTERS
395 Hudson Street
New York, NY 10014

TECTONIC ENGINEERING
P.O. Box 37
Mountainville, NY 10953

TOWN OF OSSINING
16 Croton Avenue
Ossining, NY 10562

VILLAGE OF OSSINING
P.O. Box 1108
Ossining, NY 10562

CTL GROUP
P.O. Box 75674
Chicago, IL 60675